# EXHIBIT B

## Colin Steelsmith

| | |
|---|---|
| **From:** | Jonathan Davis |
| **Sent:** | Monday, November 17, 2025 11:25 AM |
| **To:** | Tyrone Blackburn |
| **Cc:** | Colin Steelsmith; David Russell |
| **Subject:** | RE: Burrowes v. Combs (25-cv-7795) - TIME SENSITIVE |

**TIME SENSITIVE**

Hi Tyrone:

We have not received a response from you to Colin's email below, which was sent a week ago. Our opposition to the remand motion is due <u>Monday, November 24</u>.  I need to know today if you plan on withdrawing your motion.  If you decline, then we will be sending you a motion for sanctions in accordance with Fed. R. Civ. P. 11(b) and 11 (c)(2). You have 21 days to decide whether to withdraw your motion before we can file it with the Court. In the meantime, it would make sense to adjourn your motion. If you refuse to adjourn it, then you expose yourself to sanctions without benefiting from the 21-day consideration period, as we will already have prepared the opposition to your motion.

I submit that If you take a hard look at the facts and law, you will recognize that there is no good faith basis to pursue the remand motion. If I don't hear back from you by the end of business today, then I will presume you are proceeding with your motion, and we will send you the Rule 11 motion and begin preparing our response to the remand motion. All rights reserved.

Regards,
Jonathan Davis

**Jonathan D. Davis | Jonathan D. Davis, P.C.**
Attorneys at Law
1 Rockefeller Plaza, Suite 1712 | New York, New York 10020
Tel: (212) 687-5464 | Fax: (212) 697-2521
Email: jdd@jddavispc.com | Website: www.jddavispc.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Colin Steele <cjs@jddavispc.com>
**Sent:** Monday, November 10, 2025 5:28 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Jonathan Davis <jdd@jddavispc.com>; David Russell <dcr@jddavispc.com>
**Subject:** RE: Burrowes v. Combs (25-cv-7795)

Dear Mr. Blackburn,

Even though you already filed your motion at 8:00 a.m. this morning before we could respond one way or the other, we write in response to your earlier email to make clear that we oppose the remand motion. As to the arguments concerning service, as set out in our letter of November 6, 2025 filed with the Court, any argument you make

concerning improper service is a non-starter given that, among other things, you received notice of the removal when it was filed in the state court proceeding, where you have appeared as counsel for Plaintiff. Moreover, any motion on this basis is untimely pursuant to 28 U.S.C. 1447(c), which requires that a motion to remand "on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal."

As to your arguments concerning diversity jurisdiction, we direct your attention to the *O'Marcaigh v. Combs* proceeding in the Central District of California, where you are listed as counsel for the plaintiff on the pleadings and have been copied on all relevant correspondence. Mr. Combs filed a declaration in that proceeding establishing that he has been a citizen of the State of Florida since 2020. *See* attached. On that basis, the parties entered into the attached stipulation withdrawing plaintiff's motion to remand in that case. Your failure to recognize this express admission by you and your local counsel in LA will result in our pursuing sanctions against you for filing a frivolous remand motion in this action. We anticipate that you will promptly dismiss the motion.

Regards,

**Colin J. Steelsmith | Jonathan D. Davis, P.C.**
Attorneys at Law
1 Rockefeller Plaza, Suite 1712 | New York, New York 10020
Tel: (212) 687-5464 | Fax: (212) 697-2521
Email: cs@jddavispc.com | Website: www.jddavispc.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, November 10, 2025 1:05 AM
**To:** Colin Steele <cjs@jddavispc.com>; Jonathan Davis <jdd@jddavispc.com>; David Russell <dcr@jddavispc.com>
**Subject:** Burrowes v. Combs (25-cv-7795)

Counsel,

I intend to file a motion for remand by the close of business today. I am writing to request consent to remand this case to the New York State court.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.