# EXHIBIT C

 **Outlook**

---

### Burrowes v. Combs (25-cv-7795)

---

**From** Colin Steele <cjs@jddavispc.com>

**Date** Thu 9/25/2025 6:13 PM

**To** Tyrone Blackburn <tblackburn@tablackburnlaw.com>

**Cc** Jonathan Davis <jdd@jddavispc.com>; David Russell <dcr@jddavispc.com>

📎 1 attachment (793 KB)

Doc. No. 6 – Letter Motion for PMC.pdf;

Dear Mr. Blackburn,

Attached for service on plaintiff please find defendant's letter motion for a pre-motion conference.

Regards,

Colin

**Colin J. Steele | Jonathan D. Davis, P.C.**
Attorneys at Law
1 Rockefeller Plaza, Suite 1712 | New York, New York 10020
Tel: (212) 687-5464 | Fax: (212) 697-2521
Email: cs@jddavispc.com | Website: www.jddavispc.com

**CONFIDENTIALITY NOTICE:**
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.