# EXHIBIT D

 **Outlook**

---

## Burrowes v. Combs (25-cv-7795)

---

**From** Colin Steele <cjs@jddavispc.com>

**Date** Mon 11/3/2025 10:04 AM

**To**     Tyrone Blackburn <tblackburn@tablackburnlaw.com>

**Cc**     Jonathan Davis <jdd@jddavispc.com>; David Russell <dcr@jddavispc.com>

〇 1 attachment (185 KB)

Doc. No. 8 – Order re Motion for PMC.pdf;

Dear Mr. Blackburn,

Attached for service on plaintiff please find an order of the court in above-captioned proceeding. Please confirm receipt at your earliest convenience.

Regards,

Colin

**Colin J. Steele | Jonathan D. Davis, P.C.**

Attorneys at Law

1 Rockefeller Plaza, Suite 1712 | New York, New York 10020

Tel: (212) 687-5464 | Fax: (212) 697-2521

Email: cs@jddavispc.com | Website: www.jddavispc.com

**CONFIDENTIALITY NOTICE:**

This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRK BURROWES,

                              Plaintiff,

              -against-

SEAN COMBS,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/31/2025

25-cv-7795 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's pre-motion letter regarding his contemplated motion to dismiss the Complaint in this removed action [ECF No. 6; *see* ECF No. 1].  Plaintiff, whose counsel has not filed a notice of appearance since the action was removed, has not responded to the pre-motion letter.  Having reviewed both Plaintiff's Complaint and Defendant's pre-motion letter, the Court concludes that a pre-motion conference is not necessary in this case.  Defendant's request to file a motion to dismiss is GRANTED.  The Court also *sua sponte* grants Plaintiff leave to amend the Complaint before any such motion is filed.

IT IS HEREBY ORDERED that by November 7, 2025 Plaintiff's counsel must file a notice of appearance.  Defendant must provide Plaintiff with a copy of this Order and must file a letter representing that he has done so by November 5, 2025.

IT IS FURTHER ORDERED that by November 7, 2025 Plaintiff shall file a letter informing the Court and Defendant whether he intends to amend the Complaint.

IT IS FURTHER ORDERED that, if Plaintiff elects to amend, he must file the amended complaint by November 14, 2025.  **Plaintiff is on notice that this will be his last opportunity to amend the complaint to cure any deficiency identified in the pre-motion letter, and failure to do so will be considered a waiver.**

IT IS FURTHER ORDERED that, if Plaintiff files an amended complaint, Defendant must respond within two weeks of its filing. Further briefing shall proceed on the schedule set forth in Local Civil Rule 6.1(b).

IT IS FURTHER ORDERED that, if Plaintiff elects not to amend, Defendant shall file its contemplated motion to dismiss by November 21, 2025. Further briefing shall proceed on the schedule set forth in Local Civil Rule 6.1(b).

Any request for an extension must be filed at least two business days before the deadline. **The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

The Clerk of Court respectfully is requested to terminate docket entry 6.

**SO ORDERED.**

Date:  **October 31, 2025**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2