

# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _4/24/26___ |

December 19, 2025

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <em>Burrowes v. Combs,</em> Case No. 25-cv-7795 (MKV)

Dear Judge Vyskocil:

I write as counsel for Plaintiff Kirk Burrowes to withdraw Plaintiff's motion to remand at Docket #13. Upon receipt of newly discovered information, we have learned that Mr. Combs was domiciled outside of New York state when this matter was filed in State Court.

We thank the Court for its attention to this important matter.

Respectfully submitted,

<em>/s/ Tyrone A. Blackburn, Esq.</em>
Tyrone A. Blackburn, Esq.

**Granted. SO ORDERED.** The Clerk of Court respectfully is requested to terminate ECF No. 13.

Date: Apr. 24, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge

 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com