# JONATHAN D. DAVIS, P.C.

ATTORNEYS AT LAW

1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

April 24, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
500 Pearl Street, Courtroom 18C
New York, New York 10007

      Re: *Burrowes v. Combs*, Case No. 25-cv-7795 (MKV) (SDA)

Dear Judge Vyskocil:

We are the attorneys for Defendant Sean Combs in the above-referenced action.

We respectfully request clarification of the Court's April 24, 2026 Order (the "April 24 Order") in which the Court accepted Plaintiff's untimely opposition to Mr. Combs's motion to dismiss the Complaint. That opposition was filed on December 25, 2025 (Christmas Day) as an exhibit to attorney Tyrone Blackburn's letter, requesting leave to file Plaintiff's opposition to Defendant's Rule 12(b)(6) motion beyond the court-ordered time limit.

The April 24 Order does not address whether Mr. Combs may file a reply to the opposition. He desires to do so. Accordingly, we request clarification of: (i) whether a reply is permitted; and (ii) when the applicable deadline is for the submission of the reply.

If the default schedule under Local Rule 6.1(b) applies, Mr. Combs respectfully requests an extension of time to file his reply from Friday, May 1, 2026, to Friday, May 8, 2026. This is Mr. Combs's first request for such an extension.

After reviewing the April 24 Order, we attempted to contact Mr. Blackburn to obtain his consent for an extension, as is required under Rule 2(G) of the Court's Individual Rules of Practice ("Individual Rules"), but his one word response was "No," without explanation.

Finally, Plaintiff's opposition does not comply with Rule 4(A)(ii) of the Individual Rules. It exceeds the 25-page limit by 11 pages and is not double-spaced, but instead, spaced at approximately 1.5 lines, effectively expanding its non-compliant length even more. We therefore respectfully request clarification whether the Court will consider the entirety of the opposition,

The Honorable Mary Kay Vyskocil
April 24, 2026
Page 2

and if so, whether the Court will permit Mr. Combs a corresponding enlargement of the reply page limit, as may be necessary.

We thank the Court in advance for its consideration of the above.

Respectfully submitted,

*/s/ Jonathan D. Davis*

Jonathan D. Davis

JDD:hs

cc: Tyrone Blackburn, Esq. (Via ECF)