JONATHAN D. DAVIS, P.C.

ATTORNEYS AT LAW

1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___4/27/26___

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

April 24, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re: *Burrowes v. Combs*, Case No. 25-cv-7795 (MKV) (SDA)

Dear Judge Vyskocil:

We are the attorneys for Defendant Sean Combs in the above-referenced action.

We respectfully request clarification of the Court's April 24, 2026 Order (the "April 24 Order") in which the Court accepted Plaintiff's untimely opposition to Mr. Combs's motion to dismiss the Complaint. That opposition was filed on December 25, 2025 (Christmas Day) as an exhibit to attorney Tyrone Blackburn's letter, requesting leave to file Plaintiff's opposition to Defendant's Rule 12(b)(6) motion beyond the court-ordered time limit.

The April 24 Order does not address whether Mr. Combs may file a reply to the opposition. He desires to do so. Accordingly, we request clarification of: (i) whether a reply is permitted; and (ii) when the applicable deadline is for the submission of the reply.

If the default schedule under Local Rule 6.1(b) applies, Mr. Combs respectfully requests an extension of time to file his reply from Friday, May 1, 2026, to Friday, May 8, 2026. This is Mr. Combs's first request for such an extension.

After reviewing the April 24 Order, we attempted to contact Mr. Blackburn to obtain his consent for an extension, as is required under Rule 2(G) of the Court's Individual Rules of Practice ("Individual Rules"), but his one word response was "No," without explanation.

Finally, Plaintiff's opposition does not comply with Rule 4(A)(ii) of the Individual Rules. It exceeds the 25-page limit by 11 pages and is not double-spaced, but instead, spaced at approximately 1.5 lines, effectively expanding its non-compliant length even more. We therefore respectfully request clarification whether the Court will consider the entirety of the opposition,

The Honorable Mary Kay Vyskocil
April 24, 2026
Page 2

and if so, whether the Court will permit Mr. Combs a corresponding enlargement of the reply page limit, as may be necessary.

We thank the Court in advance for its consideration of the above.

Respectfully submitted,

*/s/ Jonathan D. Davis*

Jonathan D. Davis

JDD:hs

cc: Tyrone Blackburn, Esq. (Via ECF)

---

In light of the Court's decision to consider Plaintiff's untimely opposition brief, which also does not comply with the Court's Individual Rules with respect to the length and spacing of memoranda of law, Defendant is of course entitled to file a reply brief. The reply is due May 8, 2026. The request for an enlargement of the page limit is GRANTED. **The parties are on notice that failure to comply with court orders, the Court's Individual Rules, the Local Rules, and the Federal Rules of Civil Procedure may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment. Plaintiff is on notice that he is ultimately responsible for prosecuting this case, which may be dismissed or otherwise adversely impacted by his chosen counsel's conduct. The Court directs Plaintiff's counsel to inform his client of this warning.** The Court also admonishes Plaintiff's counsel to exercise more reasonable professional judgment in his dealings with defense counsel.

Date: Apr. 27, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge